UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. 2:22-cv-01494-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| GENA JONES, Warden, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff requests an extension of time to file an amended complaint in accordance with the court's December 12, 2022 screening order.  Plaintiff's request is granted.  The court notes, however, that filing an amended complaint should not require extensive materials or research.  Nor should it include legal citations or unnecessarily detailed factual allegations.  The court notes further that it is not a repository for plaintiff's evidence and he need not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 9) is granted and he shall file an amended complaint within 30 days from the date this order is served.

Dated: January 25, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE