UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENA JONES, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-01494-EFB (PC)<br><br><br>ORDER |

　　Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. On May 24, 2024, the court revoked plaintiff's in forma pauperis status and ordered him to pay the filing fee. ECF No. 26. Plaintiff has paid the fee. Defendants now seek an extension of time to respond to the complaint. ECF No. 27.

　　The request for more time (ECF No. 27) is GRANTED, and defendant shall file their responsive pleading on or before August 9, 2024.

　　So ordered.

Dated: July 22, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1