UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>GENA JONES, et al.,<br><br>    Defendants. | No. 2:22-cv-01494-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. Defendants seek a second extension of time to file a responsive pleading. ECF No. 29.

The request for more time (ECF No. 29) is GRANTED, and defendants shall file their responsive pleading on or before October 8, 2024. No further extensions of this deadline will be granted absent a showing of extraordinary circumstances.

So ordered.

Dated: August 23, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1