UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. 2:22-cv-01494-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| GENA JONES, et al., | |
| Defendants. | |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed February 12, 2025 (ECF No. 35) are adopted in full;

3    2. Defendants' motion to dismiss (ECF No. 30) is GRANTED with prejudice as to plaintiff's claims for declaratory relief and with leave to amend as to plaintiff's claims for monetary relief;

4    3. Plaintiff's claims for declaratory relief are dismissed without leave to amend; and

5    4. Plaintiff shall file any amended complaint attempting to cure the deficiencies in his claims for monetary relief within 30 days of service of this order.

IT IS SO ORDERED.

Dated:  **March 21, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2