UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN DARNELL GARLAND,

Plaintiff,

v.

GENA JONES, et al.,

Defendants.

No.  2:22-cv-01494-DJC-EFB (PC)

ORDER

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis, with the exception that the Court

1

concludes that Plaintiff should be granted leave to amend, as the Court cannot conclude that the new claim of retaliation is futile.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 17, 2025 are adopted in part.

2. The second amended complaint is dismissed for failure to state a claim, with leave to amend;

3. Plaintiff shall file any amended complaint attempting to cure the deficiencies in his claims for monetary relief within 30 days of service of this order. Failure to file an amended complaint within this time may result in the action being dismissed in its entirety; and

4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2